FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**July 13, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL A. ARJONA,

Defendant - Appellant.

No. 21-3099
(D.C. No. 6:19-CR-10025-EFM-1)
(D. Kan.)

## ORDER AND JUDGMENT[*]

Before **BACHARACH**, **BALDOCK**, and **McHUGH**, Circuit Judges.

Mr. Michael Arjona pleaded guilty to conspiracy to distribute at least 500 grams of methamphetamine and was sentenced to 210 months' imprisonment and 5 years of supervised release. He appeals.

---

[*]    Oral argument would not help us decide the appeal, so we have decided the appeal based on the record and the parties' briefs. *See* Fed. R. App. P. 34(a)(2)(C); 10th Cir. R. 34.1(G).

Our order and judgment does not constitute binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. But the order and judgment may be cited for its persuasive value if otherwise appropriate. *See* Fed. R. App. P. 32.1(a); 10th Cir. R. 32.1(A).

Mr. Arjona's counsel seeks leave to withdraw, invoking *Anders v. California*, 386 U.S. 738 (1967), and stating that any appellate challenges would be frivolous. We gave Mr. Arjona an opportunity to respond with any additional arguments that he might have. But he did not file a response, and his deadline expired.

We agree with defense counsel that all potential grounds for appeal would be frivolous. So we grant the motion to withdraw and dismiss the appeal.

Entered for the Court

Robert E. Bacharach
Circuit Judge